UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A PLACE FOR MOM, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>THE LASALLE GROUP, INC.,<br><br>                Defendant. | CASE NO. 2:19-cv-00472-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

This case has been referred to the undersigned pursuant to Amended General Order No. 02-19.

Based on the parties' stipulation and joint motion (Dkt. 5), it is hereby **ORDERED** that the deadline for Defendant to answer or otherwise respond is extended to **May 9, 2019.**

DATED this 12th day of April, 2019.

                                                    _____
                                                  BRIAN A. TSUCHIDA
                                                  Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND DEFENDANT'S DEADLINE TO
RESPOND TO PLAINTIFF'S COMPLAINT - 1