UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A PLACE FOR MOM, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>THE LASALLE GROUP, INC.,<br><br>               Defendant. | CASE NO. 2:19-cv-00472-JCC-BAT<br><br>**ORDER STAYING CASE** |

On May 10, 2019, Defendant The LaSalle Group Inc. filed a Suggestion of Bankruptcy re: Chapter 11 Petition, filed in the United States Bankruptcy Court for the Northern District of Texas (Case No. 19-31484-11). Dkt. 9. The Court, having been informed of these bankruptcy proceedings, hereby **STAYS** this case pending resolution of the bankruptcy proceedings. All pending deadlines are terminated. The Parties are **ORDERED** to file a status report on the progress of Defendant's bankruptcy proceedings every 120 days from the date of this Order.

The Clerk shall send a copy of this Order to all counsel.

DATED this 19th day of June, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER STAYING CASE - 1