UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A PLACE FOR MOM INC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE LASALLE GROUP INC,<br><br>　　　　　Defendant. | CASE NO. 2:19-cv-00472-DGE-BAT<br><br>**ORDER DIRECTING PARTIES TO SUBMIT STATUS REPORT** |

On June 19, 2019, the Court issued an order staying the case based upon Defendant's bankruptcy proceedings and directed the parties to file a status report on the progress of Defendant's bankruptcy proceedings every 120 days. Dkt. 10. The last status report was filed on October 6, 2021. The Court has not received the status report due February 4, 2022, and therefore ORDERS:  The parties shall file a status report no later than Friday, March 4, 2022. The clerk shall provide a copy of this order to all parties.

DATED this 28th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　　　/s/ BT
　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

e

ORDER DIRECTING PARTIES TO SUBMIT
STATUS REPORT - 1