UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A PLACE FOR MOM INC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE LASALLE GROUP INC,<br><br>　　　　　　　　Defendant. | CASE NO. 2:19-cv-00472-KKE-BAT<br><br>**ORDER LIFTING STAY AND DIRECTING PARTIES TO SUBMIT JOINT STATUS REPORT** |

On June 19, 2019, the Court issued an order staying the case pending resolution of Defendant's bankruptcy proceedings, which were filed in the United States Bankruptcy Court for the Northern District of Texas, No. 3:19-bk-31484. *See* Dkt. 10. It appears that the bankruptcy proceedings have resolved, as Case No. 3:19-bk-31484 was closed on June 27, 2025. Accordingly, **IT IS ORDERED**:

　　1.　　The stay of this case pending the resolution of Defendant's bankruptcy proceedings is **LIFTED**.

　　2.　　The parties are directed to file a joint status report **by October 17, 2025** setting forth how they would like to proceed; i.e., whether they will dismiss the case or proceed with litigation. If the parties intend to proceed, they should indicate whether (1) Plaintiff will seek leave to amend its complaint or (2) Defendant will seek leave to answer or otherwise respond to

ORDER LIFTING STAY AND DIRECTING
PARTIES TO SUBMIT JOINT STATUS
REPORT - 1

1  the complaint outside the time limit provided by the Federal Rules.

2  DATED this 19th day of September, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER LIFTING STAY AND DIRECTING
PARTIES TO SUBMIT JOINT STATUS
REPORT - 2